# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CONTINENTAL INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>YOUNG'S CARGO, INC., a California corporation; BRIAN JAMES VERMILYA, an individual; and KULWANT SINGH D/B/A YOUNGS FREIGHTWAY, an individual;<br><br>Defendants. | Case No. 1:17-cv-01016-LJO-EPG<br><br>Magistrate Judge: Erica P. Grosjean<br><br>**ORDER RE: STIPULATION TO CONTINUE DISCOVERY DEADLINE**<br><br>**(ECF No. 34)** |

Pursuant to the parties' stipulation (ECF No. 34), and finding good cause exists, IT IS ORDERED that the deadline to complete non-expert discovery currently set for May 24, 2019, is extended to **June 14, 2019**.

IT IS SO ORDERED.

Dated: **May 6, 2019**      /s/ Erica P. Grosjean
       UNITED STATES MAGISTRATE JUDGE

1