IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| NATIONAL CONTINENTAL INS. CO., | Case No. 1:17-cv-01016-LJO-EPG |
|---|---|
| Plaintiff, | **ORDER RE: STIPULATED MODIFICATION OF SCHEDULING ORDER DEADLINES** |
| v. | |
| YOUNG'S CARGO, INC., et al., | (ECF No. 36) |
| Defendants. | |

Pursuant to the stipulation of the Parties (ECF No. 36) and good cause appearing, IT IS ORDERED that the deadlines and other dates set forth in the Court's Scheduling Order (ECF No. 29), as previously modified (ECF No. 35), are further modified as follows:

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| Non-expert discovery | June 14, 2019 | September 14, 2019 |
| Dispositive Motion | July 19, 2019 | October 29, 2019 |
| Expert Disclosure | October 25, 2019 | December 15, 2019 |
| Rebuttal Expert Disclosure | November 22, 2019 | January 15, 2020 |
| Expert Discovery | December 20, 2019 | February 15, 2020 |
| Pretrial Conference | February 04, 2020 | March 30, 2020 |
| Trial | April 07, 2020 | May 07, 2020 |

IT IS SO ORDERED.

Dated: __**June 19, 2019**__   /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

1