United States District Court

Eastern District of California

| National Continental Insurance Company, | Case No. 1:17-cv-01016-LJO-EPG |
|---|---|
| Plaintiff, | **Order granting stipulation to continue non-expert discovery deadline** |
| v. | (ECF No. 40) |
| Young's Cargo, Inc., a California corporation; Brian James Vermilya, an individual; and Kulwant Singh d/b/a Youngs Freightway, an individual, | |
| Defendants. | |

The Court, having considered the stipulated request of the parties to continue the non-expert discovery deadline (ECF No. 40) and finding good cause exists, orders as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Non-expert discovery | September 14, 2019 | October 18, 2019 |

IT IS SO ORDERED.

Dated: **August 27, 2019**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1
**Order granting stipulation to continue non-expert discovery deadline**