UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| National Continental Insurance Company,<br><br>                 Plaintiff,<br><br>    v.<br><br>Young's Cargo, Inc., a California corporation; Brian James Vermilya, an individual; and Kulwant Singh d/b/a Youngs Freightway, an individual,<br><br>                 Defendants. | Case No. 1:17-cv-01016-NONE-EPG<br><br>Order granting stipulation to continue pretrial conference and vacating trial date pursuant to the Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California<br><br>(ECF No. 43) |

Pursuant to the stipulation of the parties (ECF No. 43) and finding good cause exists, the pretrial conference, currently set for March 30, 2020, is continued to October 1, 2020, at 8:15 a.m. Pursuant to the Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California (ECF No. 42-1), the pretrial conference is the last date to be scheduled in this case. Accordingly, the trial date, currently set for May 7, 2020, is vacated and will not be reset at this time.

IT IS SO ORDERED.

Dated: **March 10, 2020**     /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE