1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| 10 NATIONAL CONTINENTAL INSURANCE COMPANY, | Case No.  1:17-cv-01016-NONE-EPG |
| 11 Plaintiff, | ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BRIAN VERMILYA WITHOUT PREJUDICE |
| 12 v. | |
| 13 | (ECF No. 47) |
| 14 YOUNG'S CARGO, INC., et al., | |
| 15 Defendants. | |

16
17        On October 14, 2020, Plaintiff, National Continental Insurance Company, filed a notice of

18   voluntary dismissal of Defendant Brian Vermilya without prejudice. (ECF No. 47.) Defendant

19   Brian Vermilya has not filed either an answer or a motion for summary judgment. Accordingly,

20   in light of the notice, the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P.

21   41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the

22   Court is respectfully directed to designate on the docket that Defendant Brian Vermilya has been

23   terminated from this action as of the date this order is entered.

24
25   IT IS SO ORDERED.

26   Dated:   **October 15, 2020**                    /s/ *Erica P. Grosjean*

27                                                    UNITED STATES MAGISTRATE JUDGE

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28