UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL CONTINENTAL INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>     v.<br><br>YOUNG'S CARGO, INC., *et al.*,<br><br>           Defendants. | Case No.  1:17-cv-01016-NONE-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 51) |

Plaintiff, National Continental Insurance Company, and Defendants Young's Cargo, Inc., and Kulwant Singh d/b/a Youngs Freightway, have filed a stipulation to dismiss the entire action with prejudice (ECF No. 51).[1] In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   **October 26, 2020**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The remaining defendant, Brian Vermilya, was previously dismissed and terminated form this action by voluntary dismissal. (ECF Nos. 47, 49.)